**MINUTE ENTRY**
**DUVAL, J.**
**SEPTEMBER 17, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESTERN CONSOLIDATED PREMIUM PROPERTIES INC., ET AL | CIVIL ACTION |
| VERSUS | NO.  06-4845 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ET AL | SECTION: K (5) |

### ORAL ARGUMENT

MOTION to dismiss or for stay by Deft, Travelers Property Casualty Company of America, filed 7/15/08, doc. 14.

MOTION to re-open case enforce settlement and for damages pursuant to LA. R.S. 22:658 and LA. R.S. 22:1220 by Plaintiffs', filed 4/24/08, doc. 9.

**CASE MANAGER:  SHEENA DEMAS**
**COURT RECORDER:  BONNIE HEBERT**

**APPEARANCES:** Conrad Williams, III, Melanie Lagarde,
Ralph Hubbard, III & Stephen Goldman

Court begins at 10:02 a.m.

Case called; all present and ready.

Oral  argument by parties.

MOTION to dismiss or for stay by Deft, Travelers Property Casualty Company of America - ORDER DENIED for the oral reasons stated on the record.

MOTION to re-open case enforce settlement and for damages  pursuant to LA. R.S. 22:658 and LA. R.S. 22:1220 by Plaintiffs' - ORDER DENIED, for the oral reasons stated on the record.  Court adjourns at  11:05 a.m.

JS-10 (1:02)