MINUTE ENTRY
DUVAL, J.
JULY 15, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WESTERN CONSOLIDATED PREMIUM PROPERTIES INC., ET AL | CIVIL ACTION |
| VERSUS | NO. 06-4845 |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, ET AL | SECTION: K (5) |

## ORAL ARGUMENT

**MOTION regarding coverage issues by Deft, Travelers Property Casualty Company of America, filed 3/16/09, doc. 66.**

**MOTION to dismiss counterclaim by 2700 Whitney LLC, Western Consolidated Premium Properties, Inc., 1500 Lorene LLC, filed 3/25/09, doc. 69.**

**MOTION to admit all facts not denied by Travelers Property Casualty Company of America, filed 4/6/09, doc. 74.**

**CASE MANAGER: SHEENA DEMAS**
**COURT RECORDER: BONNIE HEBERT**

**APPEARANCES:** Conrad Williams, III, Stuart Blackburn.
　　　　　　　　Ralph Hubbard, III & Stephen Goldman

Court begins at 10:04 a.m. Case called; all present and ready.

Oral argument by parties.

**MOTION regarding coverage issues by Deft, Travelers Property Casualty Company of America, filed 3/16/09, doc. 66 - Court GRANTED & DENIED IN PART, for the oral reasons stated on the record.**

**MOTION to dismiss counterclaim by 2700 Whitney LLC, Western Consolidated Premium Properties, Inc., 1500 Lorene LLC, filed 3/25/09, doc. 69 & MOTION to admit all facts not denied by Travelers Property Casualty Company of America, filed 4/6/09, doc. 74 - Court DENIED for the oral reasons stated on the record. Court shall issue an order. Court adjourns at 11:39 a.m.**

JS-10 (1:33)